UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAHEH BEHRAZFAR on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNISYS CORPORATION and DOES 1 through 10,<br><br>Defendants. | Case No. SACV 08-00850 AG (RCx)<br><br>**ORDER DISMISSING CASE** |

Based on the Joint Stipulation of the parties, IT IS HEREBY ORDERED AS FOLLOWS:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the settlement reached by the parties that resolves any and all claims between them, the above-captioned action is hereby DISMISSED WITH PREJUDICE with respect to the individual claims of Plaintiff Elaheh Behrazfar ("Behrazfar");

2. The above-captioned action is hereby DISMISSED WITHOUT PREJUDICE, and without notice to the putative class, with respect to the allegations asserted by Behrazfar on behalf of a putative class. Behrazfar has not moved for class certification, a class has not been certified by the Court, the settlement binds only the individual plaintiff Behrazfar, and the settlement does not

1  resolve the claims, issues, or defenses of a certified class.  *See* Fed. R. Civ. P. 23(e);
2  *see also Advisory Committee Notes on 2003 Amendments to Rule 23, Subdivision*
3  *(e), Paragraph (1)*; and
4      3.   Except as set forth in the settlement agreement entered into between
5  the parties, each party is to bear her or its own costs and attorney's fees.
6      IT IS SO ORDERED.

8  Dated: May 17, 2010

10  HON. ANDREW J. GUILFORD
    JUDGE OF THE U.S. DISTRICT COURT,
    CENTRAL DISTRICT OF CALIFORNIA